STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

David L. Carriere
Attorney at Law
322 S. Market St.
Opelousas LA 70570


**REHEARING ACTION: May 18, 2011**


**Docket Number: 10   01083-CA consolidated with 1,084-CA**

**JOHN HAAS WEINSTEIN
VERSUS
LINDA ALLEN WEINSTEIN**

**Appealed from ST. LANDRY Parish Case No. 05-C-0472-B C/W 08-C-1744**


<u>**BEFORE JUDGES**</u>**:**

    **Hon. Marc T. Amy
    Hon. Elizabeth A. Pickett
    Hon. Billy Howard Ezell
    Hon. J. David Painter
    Hon. James T. Genovese**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **John Haas Weinstein** has this day been

    **DENIED.**
    Amy, J., would grant rehearing.
    Genovese, J., would grant rehearing.


Also, the Motion for En Banc Consideration filed by **John Haas Weinstein** has this day

been

    **DENIED.**


cc: Christine M. Mire, Counsel for the Appellant